UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| OMAR J. MILLER, | : |
| Plaintiff, | : |
| v. | : CASE NO. 3:21-cv-00648 (SVN) |
| Nurse Supervisor TAWANA FURTICK; HSR–Grievance-Coordinator ROSE WALKER; Utilization Review Tracker HEIDI GOODE; CONN. DEPARTMENT OF CORRECTION Prompt Care; and Dental Director DR. CUEVAS, | : |
| Defendants. | : |

## **JUDGMENT**

This action having come before the Court for consideration of the Defendants' motion for summary judgment before the Honorable Sarala V. Nagala, United States District Judge; and

The Court having considered the motion and the full record of the case including applicable principles of law, and having granted the Defendants' motion as to all remaining claims on February 29, 2024; and

The Honorable Michael P. Shea, United States District Judge, having previously dismissed Defendant Conn. Department of Correction Prompt Care on July 6, 2021 and the Honorable Sarala V. Nagala having previously dismissed Defendant Goode on August 25, 2022; it is hereby,

ORDERED, ADJUDGED, and DECREED that judgment be and is hereby entered in favor of the Defendants.

Dated at Hartford, Connecticut, this 4th day of March, 2024.

                                          DINAH MILTON KINNEY, Clerk

                                          By: <u>/s/ Michael Bozek</u>
                                                Michael Bozek
                                                Deputy Clerk

Entered on Docket: 3/4/2024